IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JACQUES SHOCKLEY,

    Plaintiff,

v.

MARTY ALLEN; and OSCAR BELL,

    Defendants.

CIVIL ACTION NO.: 6:19-cv-87

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 19. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES as premature** Plaintiff's Motion for Partial Summary Judgment and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 28th day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA